**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 1 1 2005

LUTHER D. THOMAS, Clerk
By~~~~~~~~~~~~~
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| FNU LNU, a/k/a GOTTI, a/k/a JAVIER, | : |
| FNU LNU, a/k/a JAIME, | : |
| FNU LNU, a/k/a LICENCIADO, a/k/a GORDO, | : |
| LUIS ANTONIO RAMIREZ CARDENAS, | : |
| a/k/a TONO, a/k/a GORDITO, | : |
| FNU LNU, a/k/a SERGIO, a/k/a ENGINERO, | : |
| FNU LNU, a/k/a, SERGIO, | : |
| a/k/a EL SOBRINO, | : |
| FNU LNU, a/k/a WILLY, | : |
| FNU LNU, a/k/a SOPE, | : |
| YOLANDA BOJORQUEZ, a/k/a/ YOLI, | : |
| MARCO AURELIO DELEON, a/k/a GORDITO, | : |
| HECTOR MANUEL VILLAFORTE BARRIENTOS, | : |
| EDGAR DELACRUZ CASWED, | : |
| KEVIN ROBINSON, | : |
| FNU LNU, a/k/a ANDY, | : |
| FNU LNU, a/k/a CHILE, | : |
| JUAN ARTURO NAMUR-MONTALVO, | : |
| a/k/a CAULIFLOWER, | : |
| FERNANDO ROSALES BONILLA, | : |
| FNU LNU, a/k/a CHEJO, | : |
| FNU LNU, a/k/a JOSE ALFREDO, | : |
| BRYANT RODRIGUEZ, | : |
| ANA MARIE ORREGO, | : |
| KEVIN FRANKLIN | : |

CRIMINAL ACTION

NO. 1: 05-CR-477

THE GRAND JURY CHARGES THAT:

COUNT ONE

Beginning on a date unknown to the Grand Jury, but at least as of on or about April 2005, until on or about October 11, 2005, in the Northern District of Georgia and elsewhere, the defendants,

FNU LNU, a/k/a GOTTI, a/k/a JAVIER,
FNU LNU, a/k/a JAIME,
FNU LNU, a/k/a LICENCIADO, a/k/a GORDO,

LUIS ANTONIO RAMIREZ CARDENAS, a/k/a TONO, a/k/a GORDITO,
FNU LNU, a/k/a SERGIO, a/k/a ENGINERO,
FNU LNU, a/k/a, SERGIO, a/k/a EL SOBRINO,
FNU LNU, a/k/a WILLY,
FNU LNU, a/k/a SOPE,
YOLANDA BOJORQUEZ, a/k/a/ YOLI,
MARCO AURELIO DELEON, a/k/a GORDITO,
HECTOR MANUEL VILLAFORTE BARRIENTOS,
EDGAR DELACRUZ CASWED,
KEVIN ROBINSON,
FNU LNU, a/k/a ANDY,
FNU LNU, a/k/a CHILE,
JUAN ARTURO NAMUR-MONTALVO, a/k/a CAULIFLOWER,
FERNANDO ROSALES BONILLA,
FNU LNU, a/k/a CHEJO,
FNU LNU, a/k/a JOSE ALFREDO,
BRYANT RODRIGUEZ,
ANA MARIE ORREGO,
KEVIN FRANKLIN,

did willfully combine, conspire, confederate, agree, and had a
tacit understanding with each other and with other persons known
and unknown to the Grand Jury, to violate Title 21, United States
Code Section 841(a)(1), that is:

> (a)   to possess with the intent to distribute cocaine, a
> Schedule II narcotic controlled substance, said
> conspiracy involving at least five (5) kilograms of a
> mixture and substance containing a detectable amount of
> cocaine, in violation of Title 21, United States Code,
> Section 841(b)(1)(A)(ii); and

> (b)   to possess with the intent to distribute methamphetamine,
> a Schedule II controlled substance, said conspiracy
> involving at least five hundred (500) grams of a mixture
> and substance containing a detectable amount of

methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii);

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about April 8, 2005, in the Northern District of Georgia, and elsewhere, the defendants,

FNU LNU, a/k/a GOTTI, a/k/a JAVIER,
FNU LNU, a/k/a LICENCIADO, a/k/a GORDO,

aided and abetted by each other and by others known and unknown to the grand jury, did knowingly and intentionally possess with the intent to distribute at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about July 18, 2005, in the Northern District of Georgia, the defendants,

FNU LNU, a/k/a GOTTI, a/k/a JAVIER,
FNU LNU, a/k/a JAIME,
BRYANT RODRIGUEZ,
ANA MARIE ORREGO,

aided and abetted by each other and by others known and unknown to

3

the grand jury, did knowingly and intentionally possess with the intent to distribute at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.

COUNT FOUR

From on or about August 18, 2005, until on or about August 19, 2005, in the Northern District of Georgia and elsewhere, the defendants,

FNU LNU, a/k/a GOTTI, a/k/a JAVIER,<br>
FNU LNU, a/k/a LICENCIADO, a/k/a GORDO,<br>
JUAN ARTURO NAMUR-MONTALVO, a/k/a CAULIFLOWER,<br>
HECTOR MANUEL VILLAFORTE BARRIENTOS,<br>
EDGAR DELACRUZ CASWED,<br>
KEVIN ROBINSON,

did knowingly and willfully possess with intent to distribute at least five hundred (500) grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

FORFEITURE PROVISION

1.   As a result of committing the controlled substance offenses alleged in this Indictment, defendants,

FNU LNU, a/k/a GOTTI, a/k/a JAVIER,
FNU LNU, a/k/a JAIME,
FNU LNU, a/k/a LICENCIADO, a/k/a GORDO,
LUIS ANTONIO RAMIREZ CARDENAS, a/k/a TONO, a/k/a GORDITO,
FNU LNU, a/k/a SERGIO, a/k/a ENGINERO,
FNU LNU, a/k/a, SERGIO, a/k/a EL SOBRINO,
FNU LNU, a/k/a WILLY,
FNU LNU, a/k/a SOPE,
YOLANDA BOJORQUEZ, a/k/a/ YOLI,
MARCO AURELIO DELEON, a/k/a GORDITO,
HECTOR MANUEL VILLAFORTE BARRIENTOS,
EDGAR DELACRUZ CASWED,
KEVIN ROBINSON,
FNU LNU, a/k/a ANDY,
FNU LNU, a/k/a CHILE,
JUAN ARTURO NAMUR-MONTALVO, a/k/a CAULIFLOWER,
FERNANDO ROSALES BONILLA,
FNU LNU, a/k/a CHEJO,
FNU LNU, a/k/a JOSE ALFREDO,
BRYANT RODRIGUEZ,
ANA MARIE ORREGO,
KEVIN FRANKLIN,

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations alleged in this Indictment, including but not limited to the following:

a.   MONEY JUDGMENT

A sum of money in United States Currency, representing the amount of proceeds obtained as a result of and the value of

property used to commit or facilitate the commission of the offenses charged in this Indictment.

      b.   CURRENCY

        (1)  Approximately $785,395.00 in United States Currency recovered on or about August 4, 2005;

all in violation of Title 21, United States Code, Sections 841, 846, and 853.

     2.   If, as a result of any act or omission of the defendants,

FNU LNU, a/k/a GOTTI, a/k/a JAVIER,
FNU LNU, a/k/a JAIME,
FNU LNU, a/k/a LICENCIADO, a/k/a GORDO,
LUIS ANTONIO RAMIREZ CARDENAS, a/k/a TONO, a/k/a GORDITO,
FNU LNU, a/k/a SERGIO, a/k/a ENGINERO,
FNU LNU, a/k/a, SERGIO, a/k/a EL SOBRINO,
FNU LNU, a/k/a WILLY,
FNU LNU, a/k/a SOPE,
YOLANDA BOJORQUEZ, a/k/a/ YOLI,
MARCO AURELIO DELEON, a/k/a GORDITO,
HECTOR MANUEL VILLAFORTE BARRIENTOS,
EDGAR DELACRUZ CASWED,
KEVIN ROBINSON,
FNU LNU, a/k/a ANDY,
FNU LNU, a/k/a CHILE,
JUAN ARTURO NAMUR-MONTALVO, a/k/a CAULIFLOWER,
FERNANDO ROSALES BONILLA,
FNU LNU, a/k/a CHEJO,
FNU LNU, a/k/a JOSE ALFREDO,
BRYANT RODRIGUEZ,
ANA MARIE ORREGO,
KEVIN FRANKLIN,

any property subject to forfeiture:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.


A _____ *True* _____ BILL

_____
FOREPERSON


DAVID E. NAHMIAS
UNITED STATES ATTORNEY


RICHARD A. RICE, JR.
ASSISTANT U.S. ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
404/581-6000 (voice)
404/581-6171 (facsimile)
Georgia Bar No. 603203

7