FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

JUL 9  2007

JAMES N. HATTEN, Clerk

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

UNITED STATES OF AMERICA          :
                                  :          CRIMINAL ACTION
          v.                      :
                                  :          NO. 1:05-CR-477-CC
JAIME PEREZ-URENA, et al.         :

ORDER OF DISMISSAL OF COUNTS EIGHT, TEN AND FOURTEEN
OF THE SECOND SUPERSEDING INDICTMENT

Now, to-wit, upon motion of the United States Attorney, leave

to file the above dismissal of Counts EIGHT, NINE, TEN and FOURTEEN

of the Second Superseding Indictment is granted on such terms as

are contained in the Government's motion herein above.

SO ORDERED, this _____ day of July, 2007.

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE